| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Junell, Robert A. | 2. Court or Organization U.S. District Court, WDTX | 3. Date of Report 3/9/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual   ☐ Final   Date 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

George H. W. Bush, George W. Bush U.S. Courthouse and George Mahon Federal Building
200 E. Wall Street, Suite 301
Midland, TX 79701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | State of Texas Retirement Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A. | 3/9/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Employees Retirement System of Texas (ERS) | $46,692.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Concho Resources Inc. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A. | 3/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Brokerage Account - Wells Fargo Advisors | | | | | | | | | |
| 2.   - Cash Sweep | A | Interest | J | T | | | | | |
| 3.   - Apple, Inc. | A | Dividend | K | T | | | | | |
| 4.   - Atmos Energy Corporation | A | Dividend | K | T | | | | | |
| 5.   - AT&T Inc. | B | Dividend | K | T | | | | | |
| 6.   - NextEra 5% pfd | B | Dividend | K | T | | | | | |
| 7.   - Wells Fargo 5.125% pfd | B | Dividend | K | T | | | | | |
| 8.   - Wells Fargo Bank (Accounts) CD/SAV | A | Interest | N | T | | | | | |
| 9.   First National Bank of Mertzon (Accounts) CD | E | Interest | O | T | | | | | |
| 10.  SEP IRA - Wells Fargo Advisors | | | | | | | | | |
| 11.  - Cash Sweep | A | Interest | J | T | | | | | |
| 12.  - Exxon | C | Dividend | M | T | | | | | |
| 13.  Southwest Securities, Inc. (H) Hilltop Securities | | | | | | | | | |
| 14.  - Cash/Money Market (X) Plains Capital Bank CASIT | F | Interest | L | T | | | | | |
| 15.  - SL Green Realty Corp (X) | B | Dividend | K | T | | | | | |
| 16.  - Block Financial LLC (X) SR. Note 5.125 % Due 1-20-23 | B | Dividend | K | T | | | | | |
| 17.  - Jefferies Group Inc. (X) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A. | 3/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Kinross Gold Corp (X) GLDGAL-Note 5.125% Due 9-1-21 | B | Interest | K | T | | | | | |
| 19.  - CAIBX (X) | A | Dividend | J | T | | | | | |
| 20.  - CWGIX (X) | A | Dividend | J | T | | | | | |
| 21.  - AGTHX (X) | A | Dividend | J | T | | | | | |
| 22.  - WASAX (X) | A | Dividend | | | Sold | 08/01/16 | J | A | |
| 23.  - Hines Global REIT (X) | C | Dividend | K | U | | | | | |
| 24.  - BP (X) | A | Dividend | J | T | | | | | |
| 25.  - Flower Mound Certs (X) | A | Interest | J | T | | | | | |
| 26.  - North Texas Mun Wtr (X) | A | Interest | K | T | | | | | |
| 27.  - Fort Bend Indpt Sch Dist (X) | B | Interest | K | T | | | | | |
| 28.  - Harris County Cultural (X) | A | Interest | J | T | | | | | |
| 29.  - Schertz-Cibolo (X) | A | Interest | J | T | | | | | |
| 30.  - Harris County Cultural (X) | A | Interest | K | T | | | | | |
| 31.  - Tarrant Count (X) | A | Interest | K | T | | | | | |
| 32.  - Barclays Bank PLC (X) | C | Interest | L | T | | | | | |
| 33.  - Chevron Corporation (X) | B | Dividend | K | T | | | | | |
| 34.  - Continental Resources Inc. (X) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A. | 3/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Deer & Company (X) | A | Dividend | K | T | | | | | |
| 36. - EMC Corporation (X) | A | Dividend | | | Sold | 03/09/16 | J | A | |
| 37. - Exelon Corporation (X) | A | Dividend | K | T | | | | | |
| 38. - Gabelli Utility Trust (X) | B | Dividend | K | T | | | | | |
| 39. - Interdigital Inc. (X) | A | Dividend | J | T | | | | | |
| 40. - Lightstream Resources (X) | A | Dividend | J | T | | | | | |
| 41. - Newfield Exploration (X) | A | Dividend | J | T | | | | | |
| 42. - Whole Foods Market Inc. (X) | A | Dividend | J | T | | | | | |
| 43. - Bank of America Corp (X) | A | Interest | K | T | | | | | |
| 44. - SHRAX (X) | A | Dividend | K | T | | | | | |
| 45. - VAPAX (X) | A | Dividend | L | T | | | | | |
| 46. - ETFAX (X) | A | Dividend | L | T | | | | | |
| 47. - GDV (X) | A | Dividend | J | T | | | | | |
| 48. - Irving TX Water & Sewer (X) | B | Interest | L | T | | | | | |
| 49. - Albuquerque Cnty WT REF BDS (X) | B | Interest | L | T | Buy | 06/06/16 | L | | |
| 50. - West Travis Cnty Pub Util BDS (X) | A | Interest | K | T | Buy | 06/16/16 | K | | |
| 51. - Santa Fe Mex Gross Rec. Tax Rev Bonds (X) | B | Interest | K | T | Buy | 06/16/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A. | 3/9/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Crowley TX ISD BDS (X) | B | Interest | L | T | Buy | 06/16/16 | L | | |
| 53. - Lonestar College System Lmtd Tax BDS (X) | C | Interest | L | T | Buy | 08/08/16 | L | | |
| 54. - BBH (X) | A | Interest | J | T | Buy | 03/14/16 | J | | |
| 55. - XLF (X) | A | Dividend | J | T | Buy | 03/14/16 | J | | |
| 56. - XLRE (X) | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 57. - NKE (X) | A | Dividend | J | T | | | | | |
| 58. - Jackson Variable Anunity (X) | | None | N | T | | | | | |
| 59. -- JNL Multi-Manager Small Cap Growth (X) | | None | K | T | | | | | |
| 60. -- JNL Mellon capital Oil & Gas Sector (X) | | None | K | T | | | | | |
| 61. -- JNL FPA+DL Flex Allocation (X) | | None | K | T | | | | | |
| 62. -- JNL Franklin Templeton Global Growth (X) | | None | L | T | | | | | |
| 63. -- JNL Mellon Capital Healthcare Sector (X) | | None | J | T | | | | | |
| 64. -- JNL S&P Intrinsic Value (X) | | None | K | T | | | | | |
| 65. -- JNL American Blue Chip Inc & Growth (X) | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A. | 3/9/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note under Part VII Investments and Trusts (Line 57) NKE was purchased 11/10/15 with a Value Code of J. This purchase was erroneously left off of Judge Junell's 2015 Financial Disclosure Report.

Per the Committee's letter dated 10/5/2017 - please find below an explanation of the corrections made:

Part VII, line 1 the listed "IRA-Wells Fargo" this was a listing for interest only. This line item has been correctly named "Cash Sweep" and divided into both the Wells Fargo Brokerage Account and the Wells Fargo SEP IRA.

Part VII, line 3 the listed "Money Mark Fund - UBS" should have been closed as of 11/30/2009. This fund has been erroneously listed on the the report from 2009 - 2016.

Part VII, line 12 "Apple, Inc." was incorrectly listed under the Wells Fargo SEP IRA account - has been correctly placed under the Wells Fargo Brokerage Account.

Part VII, lines 1-12 have been updated with the correct codes and more detailed naming of each account.

Part VII, line 14; correction made.

Part VII, lines 17 and 18; corrections made.

Part VII, lines 22, 36 and 49-56; corrections made.

Judge Junell received an email on 3/7/18 from the Finanical Disclosure Committee regarding release of prior reports. In reading the reports noticed he had made an error under Part III B. Spouse Non-Investment Income. Judge Junell was remarried in October, 2014, and his spouse is employed with Concho Resources Inc. This correction would apply to Judge Junell's 2014, 2015, and 2016 Finanical Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Junell, Robert A. | 3/9/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert A. Junell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544